IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Qamar Ahmed Hassan (1),<br><br>       Defendant. | Case No. 22-cr-00224 NEB/TNL<br><br>**ORDER GRANTING UNOPPOSED MOTION TO ALLOW TRAVEL** |

This matter is before the Court on Defendant Qamar Ahmed Hassan's Unopposed Motion to Allow Travel. Based on all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 126) is **GRANTED**. Defendant Qamar Ahmed Hassan may travel to Chicago, Illinois, leaving on April 19, 2023 and returning to Minnesota on April 23, 2023. During the time in which Defendant Qamar Ahmed Hassan is in Chicago, Illinois, she must maintain contact with her attorneys.

She must continue to comply in all other respects with her conditions of release.

Dated: April 18, 2023        *s/Tony N. Leung*
                  Tony N. Leung
                  U.S. Magistrate Judge