

# Interpreter Confirmation

**The following information confirms services ordered by the U.S. District Court for the District of Minnesota for contract court interpreting.**

**GENERAL INFORMATION:**
Date Scheduled: 8/7/2023
Name of Requestor: Kristine Wegner

**SERVICE INFORMATION:**
Name of Agency:
Name of Interpreter: Ayderus Ali
Language: Somali
Date of Service: 8/24/2023
Time of Service: 2:00 PM
Location of Hearing: Courtroom 13W (MPLS)
Case Number: 0:22–cr–00224–NEB–TNL
Case: USA v Qamar Ahmed Hassan
Travel Required: No
Estimated Duration of Assignment: 1.00 hour
Estimated Cost of Service: $ 280 Professionally Qualified Half Day