UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil File No. 22-CR-224 (NEB/TNL) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Qamar Ahmed Hassan, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Eric Weisenburger, of the law firm of Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402, hereby enters his appearance as co-counsel in the above-captioned matter on behalf of Defendant Qamar Hassan.

Dated:  August 24, 2023        DORSEY & WHITNEY LLP

By *s/ Eric Weisenburger*
   Beth Forsythe (#0386688)
   forsythe.beth@dorsey.com
   Eric Weisenburger (#0398574)
   weisenburger.eric@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

4867-7388-0698\1