UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-224 (1) (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER ALLOWING TRAVEL FOR DEFENDANT QAMAR AHMED HASSAN** |
| QAMAR AHMED HASSAN, | |
| Defendant. | |

This matter is before the Court on Defendant Qamar Ahmed Hassan's Unopposed Motion to Allow Travel (ECF Doc. 162). The U.S. Attorney's Office and U.S. Probation Office do not object to this motion. Having reviewed the motion and the files and records herein, and finding that good cause has been shown,

IT IS HEREBY ORDERED that the Motion (ECF Doc. 162) is GRANTED. Defendant Qamar Ahmed Hassan may travel to Seattle, Washington to attend a family wedding from September 21, 2023 until September 24, 2024.  During the time in which Defendant Hassan is visiting Seattle, Washington, she must maintain contact with her attorneys.  She must continue to comply in all other respects with her conditions of release as ordered by the Court.

Dated: September 20, 2023

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court Judge