UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-224 (1) (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER ALLOWING TRAVEL FOR DEFENDANT QAMAR AHMED HASSAN** |
| QAMAR AHMED HASSAN, | |
| Defendant. | |

This matter is before the Court on Defendant Qamar Ahmed Hassan's Motion to Allow Travel (ECF Doc. 198). Having reviewed the motion and the files and records herein, and finding that good cause has been shown,

IT IS HEREBY ORDERED that the Motion (ECF Doc. 198) is GRANTED. Defendant Qamar Ahmed Hassan may travel to Atlanta, Georgia, February 16-20, 2024. During the time when she is in Atlanta, Georgia, she must be available to be contacted by her attorney, and must contact her attorney upon her return.

She must continue to comply in all other respects with her conditions of release.

Dated: February 14, 2024

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court Judge